JS-6

Robert Fish, Esq. (SBN 149711)
rfish@fishiplaw.com
Mei Tsang, Esq. (SBN 237959)
mtsang@fishiplaw.com
Rosie Kim, Esq. (SBN 280256)
rkim@fishiplaw.com
Fish & Tsang, LLP
2603 Main Street, Suite 1000
Irvine, California 92614-4271
Telephone:  (949) 943-8300
Facsimile:   (949) 943-8358

Attorneys for Plaintiff Sol4Man, Inc.

Philip H. Shen (SBN 266315)
Philip@shenlawoffices.com
Law Offices of Philip Shen
One Park Plaza, Suite 600
Irvine, California 92614
Telephone:  (949) 216-0888
Facsimile:   (949) 535-1788

Attorneys for Defendant
Master Distributor Corp. dba ROC Industries

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOL4MAN, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROC INDUSTRIES, INC., a California corporation, MASTER DISTRIBUTOR CORP., a California corporation dba ROC INDUSTRIES and DOES 2 THROUGH 10, Inclusive,<br><br>　　　　Defendants. | Case No. SACV13-01261 DOC (AGRx)<br><br>Honorable David O. Carter<br><br>**CONSENT JUDGMENT AND INJUNCTION [34]** |

-1-

[PROPOSED] CONSENT JUDGMENT AND INJUNCTION

## CONSENT JUDGMENT AND INJUNCTION

WHEREAS, plaintiff Sol4man, Inc. ("Sol4man") and defendant Master Distributor Corporation dba ROC Industries ("Master Distributor"), without waiving any rights except as expressly stated herein, and to avoid the effort, expense and distraction of litigation, have agreed in a separate settlement agreement ("the Settlement") to settle all claims in the above-captioned matter on the terms set forth in that Settlement; and

WHEREAS, as part of that settlement, Sol4man and Master Distributor have agreed to entry by the Court of this Consent Judgment and Injunction.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has continuing jurisdiction over the parties and the subject matter hereof to enforce the terms and provisions of this Consent Judgment and of the Settlement between the parties.

2. Master Distributor, Michael Chiang, and any related directors, entities, officers, employees, subsidiaries, and affiliates of Master Distributor and/or Michael Chiang ("Related Entities"), including future Related Entities, are hereby enjoined and restrained, until the invalidation or expiration of U.S. Patent No. 5,649,437 ("the Patent-At-Issue"), from directly or indirectly making, using, selling, offering for sale, importing, or exporting the water cap lock previously sold as Master Distributor's Item # 38026 referenced in the Settlement effective April 1, 2014 .

3. Master Distributor, Michael Chiang and the Related Entities are hereby enjoined and restrained, until the invalidation or expiration of the Patent-At-Issue, from directly or indirectly making, using, selling, offering for sale, importing or exporting any other product that infringes or is likely to infringe the Patent-At-Issue as described in the Settlement, and/or encouraging or causing such a product to be made, used, sold, offered for sale, imported, or exported, provided

that Sol4man provides prior written notice of such product to Master Distributor and Michael Chiang as set forth in the Settlement.

4. Master Distributor shall pay damages and attorney fees to Sol4man as set forth in the Settlement.

5. Master Distributor shall ship all remaining units of the product previously sold as Master Distributor's Item # 38026 to Sol4man as set forth in the Settlement.

6. Master Distributor, Michael Chiang and the Related Entities shall comply with each of the other terms of the Settlement.

7. The above-captioned matter is otherwise hereby dismissed without prejudice in its entirety. In the event of any future litigation between the parties involving the above-referenced U.S. Patent, the Settlement or this Consent Injunction, the Court retains jurisdiction over the parties and the parties may assert any claim or affirmative defense in that matter at that time.

8. The parties shall bear their own fees and costs, except as set forth in the Settlement.

IT IS SO ORDERED.

Date: April __7__, 2014

_____
Honorable David O. Carter
Judge, United States District Court


Submitted by:

Date: April 3, 2014

            /s/ Mei Tsang
_____
Mei Tsang, Esq.
Attorneys for Plaintiff Sol4man, Inc.


Date: April 3, 2014

            /s/ Philip Shen
_____
Philip Shen, Esq.
Attorneys for Defendant Master Distributor Corporation dba ROC Industries